JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE LAVELLE WALKER, JR.,<br><br>Petitioner,<br><br>v.<br><br>WARREN MONTGOMERY, Warden,<br><br>Respondent. | Case No. 2:22-cv-04406-SB-AFM<br><br><br><br>**JUDGMENT** |

This matter came before the Court on the Petition of MAURICE LAVELLE WALKER, JR., for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: February 26, 2023

_____
STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE